IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GREGORY GRIMES,

  Petitioner,

    v.

CEDRIC TAYLOR,

  Respondent.

CIVIL ACTION FILE
NO. 1:15-CV-1757-TWT

**ORDER**

This is a pro se habeas corpus action by a state prisoner serving a life sentence for murder. It is before the Court on the Report and Recommendation [Doc. 12] recommending dismissing the action. As set forth in the Report and Recommendation, all of the Petitioner's claim are procedurally defaulted except his claim of insufficiency of evidence to convict. The Georgia Supreme Court properly rejected this claim on direct appeal. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. No Certificate of Appealability will be issued.

SO ORDERED, this 2 day of October, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge